FILED IN OPEN COURT
ON 3/19/13
Julie A. Richards, Clerk
US District Court
District of NC

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:13-MJ-1182-JG

| | | |
|---|---|---|
| *IN RE* REQUEST BY GERMANY | ) | |
| FOR THE EXTRADITION OF | ) | **ORDER** |
| CLAYTON McNEEL II | ) | |

The court having received the Extradition Complaint filed on 26 February 2013 (D.E. 1) by Eric D. Goulian, Assistant United States Attorney for the Eastern District of North Carolina, for and on behalf of the Government of the Federal Republic of Germany, pursuant to the request of the Government of the Federal Republic of Germany for the extradition of Clayton McNeel II, and an affidavit executed by same and witnessed by his attorney, Halerie F. Mahan.

And, further, the court having been advised in open session that Clayton McNeel II is a fugitive sought by the Government of the Federal Republic of Germany; that he is aware that the Government of the Federal Republic of Germany has filed charges against him and has obtained a warrant for his arrest; that he has reviewed the Extradition Complaint filed by the United States Attorney for this judicial district; that he has been fully advised his rights in this country pursuant to the extradition treaty in force between the Government of the United States and the Government of the Federal Republic of Germany and Title 18, United States Code, § 3184 *et seq.*, and that he has knowingly and voluntarily waived those rights;

IT IS THEREFORE ORDERED that Clayton McNeel II be committed to the custody of the United States Marshal for the Eastern District of North Carolina pending arrival of the duly authorized representatives of the Government of the Federal Republic of Germany, at which time the United States Marshal shall deliver him to the custody of such authorized representatives to

be transported to the Government of the Federal Republic of Germany to be held for trial or other disposition; and

IT IS FURTHER ORDERED that the transfer of physical custody of Clayton McNeel II shall be at such time and place as mutually agreed upon by the United States Marshal for the Eastern District of North Carolina and the duly authorized representatives of the Government of the Federal Republic of Germany.

The Clerk of the Court is directed to forward copies of this Order and the executed Affidavit of Waiver of Extradition to the Director, Office of International Affairs, Criminal Division, Department of Justice, in Washington, D.C., and the aforesaid Assistant United States Attorney.

SO ORDERED, this the 19th day of March 2013.

James E. Gates
United States Magistrate Judge